**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 25, 2020.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00673-CV

---

**LARRY ROSWELL, Appellant**

**V.**

**CLEAVER-BROOKS SALES AND SERVICE, INC., Appellee**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 103711-CV**

---

### MEMORANDUM OPINION

This interlocutory appeal was brought from an order granting a temporary injunction. Appellee filed a motion to dismiss the appeal as moot because the temporary injunction expired on November 30, 2019. Appellant filed a response and appellee filed a reply.

Appellant's brief raises a single issue—whether the trial court abused its discretion by granting temporary injunctive relief. "The controversy underlying

this appeal—whether the grant of the injunction was proper—has become moot." *Brooks-Brown v. USAA Texas Lloyd's Co.*, No. 03-15-00451-CV, 2015 WL 7422986, at *1 (Tex. App.—Austin Nov. 17, 2015, no pet.) (mem. op.) (citing *National Collegiate Athletic Ass'n v. Jones*, 1 S.W.3d 83, 86 (Tex. 1999) (when injunction becomes inoperative due to passage of time, issue of its validity becomes moot); *Bertram v. Bistrup*, No. 03–05–00333–CV, 2009 WL 1099249, at *7 (Tex. App.—Austin Apr. 22, 2009, no pet.) (mem. op.) (concluding that appeal of injunction had become moot when challenged portion expired by its own terms)). *See also Diaz v. Mem'l City Neurology, P.A.,* No. 14-94-00764-CV, 1995 WL 302175, at *2 (Tex. App.—Houston [14th Dist.] May 18, 1995, no writ) (mem. op.) (dismissing appeal as moot because the temporary injunction at issue had expired on its own terms).

Because there is no live controversy between the parties concerning the validity of the temporary injunction, we grant appellee's motion and dismiss the appeal for want of jurisdiction.


PER CURIAM


Panel consists of Justices Christopher, Wise and Zimmerer.